**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

FILED
CLERKS OFFICE
2004 JUN -2 P 3:01
U.S. DISTRICT COURT
DISTRICT OF MASS.

04 11173 RWZ

**CIVIL ACTION NO.:**

**RALPH JOSEPH d/b/a NEW BEDFORD MARINE RESCUE,**
**Plaintiff,**

**v.**

**J.P. YACHTS, LLC,**
**Defendant.**

MAGISTRATE JUDGE Bowler

**COMPLAINT**

RECEIPT #
AMOUNT $ 150
SUMMONS ISSUED yes
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK. F.O.M
DATE

INTRODUCTION

1. This is a case of admiralty and maritime justice, as will more fully appear, and is an admiralty or maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

PARTIES

2. At all times herein mentioned, Plaintiff, Ralph Joseph was an individual doing business as New Bedford Marine Rescue, having his principal place of business at 80 Allen Street, New Bedford, Massachusetts and which business is efficiently manned and specially equipped and supplied with appliances used for performing salvage work.

3. Defendant, J.P. Yachts, LLC, is a limited liability corporation duly organized and existing under the laws of the State of Delaware, having a principal place of business at 1114 18th Street, Belleair Shores, Florida, and is the owner in possession of the vessel "Lady Mazie."

JURISDICTION AND VENUE

4. This Court's jurisdiction is invoked pursuant to 28 USC section 1333, as this is an admiralty claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

5. Venue lies within this District under the provisions of 28 USC section 1391.

FACTS

6. Plaintiff has for a long time maintained extensive equipment for the purpose of salving vessels and their cargoes in Buzzards Bay, Vineyard Sound and Atlantic Ocean waters, such equipment including vessels built for and especially adapted for the rescue of persons and property.

7.  On or about September 2, 2003, Plaintiff was called by the Defendant due to the grounding of the Defendant's vessel, "M/V Lady Mazie," adjacent to Pease Ledge on Copicut Neck, near Cuttyhunk, North Jetty, Massachusetts.

8.  The Plaintiff's first vessel called to the scene recognized the imminent peril to the M/V Lady Mazie.

9.  Nevertheless, at the request of the crew of the Defendant's vessel "M/V Lady Mazie" Plaintiff worked diligently and secured a hawser to the stern of the vessel in an effort to draw it off the rocks.

10. Plaintiff rendered salvage services to the vessel, but with only one salvage vessel present and given the actual condition of the vessel, the wind, the tide, and the sea, Plaintiff was unable to complete the work.

11. The crew of the Defendant's vessel "M/V Lady Mazie." was informed by the Plaintiff that the vessel was in other than a contract salvage situation.

12. A second rescue vessel was called to the scene with the consent of the crew of the Defendant's vessel "M/V Lady Mazie." and the two vessels worked in conjunction, salving the hull.

13. With one of the salvor's hawsers still attached, instead of testing its propulsion, steering, and forward and reverse, as instructed, the Defendant's vessel "M/V Lady Mazie." proceeded with full power forward, capsizing the attached rescue vessel and casting Plaintiff's crew and equipment into the ocean.

14. "M/V Lady Mazie" failed to follow the instructions given to the crew by the captain of Plaintiffs first rescue vessel.

15. The service rendered by the Plaintiff was a salvage service of a high order of merit. But for the service rendered by the Plaintiff, Defendant's vessel "M/V Lady Mazie" would have been a substantial loss.

16. The Plaintiff's service was prompt, efficient and successful, requiring a high degree of skill on the part of the Plaintiff and its crew. The service was long and arduous and in performing the same, the Plaintiff incurred substantial damage, expenses and charges for fuel and equipment.

17. The Plaintiff, by reason of the premises and services so performed, is entitled to a liberal salvage award.

18. Defendant has not made any payment for these services to the Plaintiff.

WHEREFORE Plaintiff prays:

a. That process in due form of law, according to the practices of this Honorable Court in causes of admiralty and maritime jurisdiction, may issue against Defendant J.P. YACHTS, LLC;

b. That this Honorable Court order, adjudge and decree that Plaintiff have a liberal salvage award in the premises against Defendant, J.P. YACHTS, LLC, for the claim asserted by Plaintiff herein, together with interest and costs; and

c. That Plaintiff have such other and further relief as this court and justice may deem just and appropriate under the circumstances.

Ralph Joseph, d/b/a New Bedford
Marine Rescue,
By his Attorney,

John E. Sutherland, BBO# 488960
Angela H. Magary BBO# 644499
BRICKLEY, SEARS & SORETT, P.A.
75 Federal Street
Boston, MA 02110
(617) 542-0896

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 JUN -2 P 3:01
U.S. DISTRICT COURT
DISTRICT OF MASS.

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY) Ralph Joseph d/b/a New Bedford Marine Rescue v. J.P. Yachts, LLC

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).

___ I. 160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

___ II. 195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.

* Also complete AO 120 or AO 121 for patent, trademark or copyright cases

X III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.

___ IV. 220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.

___ V. 150, 152, 153.

04 11173 RWZ

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(E)). NONE

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?

YES ☐ NO ☒

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST? (SEE 28 USC 2403) YES ☐ NO ☒

IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?

YES ☐ NO ☒

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC 2284? YES ☐ NO ☒

7. DO ALL PARTIES IN THIS ACTION RESIDE IN THE CENTRAL DIVISION OF THE DISTRICT OF MASSACHUSETTS (WORCESTER COUNTY) - (SEE LOCAL RULE 40.1(C)). YES ☐ NO ☒

OR IN THE WESTERN DIVISION (BERKSHIRE, FRANKLIN, HAMPDEN OR HAMPSHIRE COUNTIES)?(SEE LOCAL RULE 40.1(D)).

YES ☐ NO ☒

8. DO ALL OF THE PARTIES RESIDING IN MASSACHUSETTS RESIDE IN THE CENTRAL AND/OR WESTERN DIVISIONS OF THE DISTRICT?

YES ☐ NO ☒

(a) IF YES, IN WHICH DIVISION DOES THE PLAINTIFF RESIDE? ________

9. IN WHICH DIVISION DO THE ONLY PARTIES RESIDING IN MASSACHUSETTS RESIDE? Eastern

10. IF ANY OF THE PARTIES ARE THE UNITED STATES, COMMONWEALTH OF MASSACHUSETTS, OR ANY GOVERNMENTAL AGENCY OF THE U.S.A. OR THE COMMONWEALTH, DO ALL OTHER PARTIES RESIDE IN THE

CENTRAL DIVISION; YES ☐ NO ☐ OR WESTERN DIVISION; YES ☐ NO ☐ N/A

11. ALTERNATIVE DISPUTE RESOLUTION - IS THIS CASE SUITABLE FOR ADR? IF SO, BY WHICH ADR?

EARLY NEUTRAL EVALUATION ☐ MEDIATION ☐ SUMMARY JURY/BENCH TRIAL ☐

MINI-TRIAL ☐ OTHER ☐

(PLEASE TYPE OR PRINT)

ATTORNEY'S NAME John E. Sutherland

ADDRESS 75 Federal Street, 17th Floor, Boston, MA 02110

TELEPHONE NO. 617-542-0896

(Category Form.wpd - 3/28/2000)

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

FILED IN CLERKS OFFICE 2004 JUN -2 P 3:01 U.S. DISTRICT COURT DISTRICT OF MASS.

**I. (a) PLAINTIFFS**
Ralph Joseph d/b/a
New Bedford Marine Rescue

**DEFENDANTS**
Yachts, LLC

(b) County of Residence of First Listed Plaintiff: Bristol
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
John E. Sutherland
Brickley, Sears & Sorett, P.A.
75 Federal Street, 17th Floor
Boston, MA 02110

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☒ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury—Med. Malpractice
- ☐ 365 Personal Injury — Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND To be determined

CHECK YES only if demanded in complaint: JURY DEMAND: ☐ Yes ☒ No

**VIII. RELATED CASE(S) IF ANY** (See instructions): NONE JUDGE DOCKET NUMBER

DATE 5/28/04 SIGNATURE OF ATTORNEY OF RECORD [signature]

FOR OFFICE USE ONLY

RECEIPT # ________ AMOUNT ________ APPLYING IFP ________ JUDGE ________ MAG. JUDGE ________