UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11173-RWZ

RALPH JOSEPH
d/b/a NEW BEDFORD MARINE RESCUE, INC.

v.

J. P. YACHTS, LLC

SCHEDULING ORDER

August 13, 2004

ZOBEL, D. J.

      This matter having come before the court at a scheduling conference held pursuant to Rule 16, Fed. R. Civ. P., 28 U.S.C., and John E. Sutherland having appeared as counsel for plaintiff Ralph Joseph; and William Hewig, III having appeared as counsel for defendant J. P. Yachts, LLC, the following action was taken:

      1.      The parties agree that the principal issue in the case is whether plaintiff provided contract or pure salvage services.

      2.      The parties further agree that the matter may be resolved by Magistrate Judge Bowler, and the case is therefore referred to her for all purposes.

      3.      It was also agreed that all discovery will be completed by December 31, 2004.  Judge Bowler will set pretrial and trial dates.

                                        /s/ Rya W. Zobel
      DATE                              RYA W. ZOBEL
                                          UNITED STATES DISTRICT JUDGE