# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-1173 RWZ

| |
|---|
| RALPH JOSEPH d/b/a NEW BEDFORD MARINE RESCUE, ) |
| Plaintiff, ) |
| ) |
| v. ) |
| ) |
| J.P. YACHTS, LLC, ) |
| Defendant. ) |

## RULE 16.1 CERTIFICATION OF PLAINTIFF

We hereby certify that we have conferred, pursuant to Local District Court Rule 16.1, with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation of this matter and have discussed the possibility of utilizing the alternative dispute resolution programs, such as those outlined in Local Rule 16.4, to resolve this matter without trial.

PLAINTIFF:

*/s/ Ralph Joseph*
Ralph Joseph, d/b/a New Bedford Marine Rescue

By:
PLAINTIFFS' COUNSEL:

*/s/ John E. Sutherland*
John E. Sutherland, Esq.
Angela H. Magary, Esq.
BRICKLEY, SEARS & SORETT, P.A.