# *UNITED STATES DISTRICT COURT*
# *DISTRICT OF MASSACHUSETTS*

RALPH JOSEPH,

    Plaintiff,

    v.

J.P. YACHTS, LLC,

    Defendant.

CA. NO.04-11173-RWZ

## *NOTICE*

September 10, 2004

**BOWLER, Ch.U.S.M.J.**

    PLEASE TAKE NOTICE that the above-entitled case has been scheduled for a **status conference** at **10:30 a.m., Friday, September 24, 2004,** in courtroom # 25 on the 7th floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

    /s/
    **MARIANNE B. BOWLER**
    Chief United States Magistrate Judge

To:   ALL COUNSEL OF RECORD
**\*PLEASE NOTE: All persons entering the courthouse are required to show two forms of photo identification.**