UNITED STATES DISTRICT COURT
COMMONWEALTH OF MASSACHUSETTS

C.A. NO. 04-11173 RWZ

| | |
|---|---|
| RALPH JOSEPH d/b/a NEW BEDFORD MARINE RESCUE,<br><br>    Plaintiff<br><br>v.<br><br>J.P. YACHTS, LLC,<br><br>    Defendant | JOINT MOTION OF PARTIES TO ENLARGE DISCOVERY BY 30 DAYS |

Now come both parties in the above-captioned case and respectfully request that this Honorable Court enlarge its discovery order dated August 12, 2004 by 30 days, from December 31, 2004 to January 31, 2005. As good cause for their motion, the parties state as follows:

1. The parties have in good faith endeavored to comply with the court's discovery order, and have to date taken four depositions, one of the defendant and three of the plaintiff;

2. Remaining to be deposed are two defendant witnesses, both of whom reside in Florida. It was originally thought that these witnesses would travel to the Northeast at some time during the fall, when they could be deposed in the Boston area. Those plans did not materialize, however, and counsel have now agreed mutually to travel to Florida to take their depositions;

3. Due to scheduling complications among both counsel and also the Florida witnesses, it will not be possible to take their depositions before December 31, 2004, but it will be possible to take the depositions at some time during the month of January 2005; and

4.  An enlargement of discovery from December 31, 2004 to January 31, 2005 will not serve to prejudice either party, and will not in any way result in delays to the other deadlines contained in the court's scheduling order of August 12, 2004.

WHEREFORE, the parties respectfully request that this Honorable Court grant their motion and enlarge their discovery to conclude from December 31, 2004 to January 31, 2005.

| Plaintiff, | Defendant, |
|---|---|
| RALPH JOSEPH d/b/a NEW BEDFORD MARINE RESCUE, | J.P. YACHTS, LLC |
| By its attorney, | By its attorney, |
| *John E. Sutherland (per WH)* | *William Hewig* |
| John E. Sutherland, Esq. (BBO#488960) | William Hewig, III (BBO# 541910) |
| Brickley, Sears and Sorrett, P.A. | Kopelman and Paige, P.C. |
| 75 Federal Street | 31 St. James Avenue |
| Boston, MA 02110 | Boston, MA 02116 |
| (617) 542-0896 | (617) 556-0007 |

239484/60314/0008

## CERTIFICATE OF SERVICE

I, William Hewig III, hereby certify that on the below date, I served a copy of the foregoing Joint Motion of Parties To Enlarge Discovery By 30 Days, by first class mail, postage prepaid, to the following counsel of record:

>John E. Sutherland, Esq.
>Brickley, Sears and Sorrett, P.A.
>75 Federal Street
>Boston, MA 02110

Dated: December 28/2004

William Hewig III

239484/60314/0008