UNITED STATES DISTRICT COURT
COMMONWEALTH OF MASSACHUSETTS

C.A. NO. 04-11173 RWZ

RALPH JOSEPH d/b/a NEW BEDFORD MARINE RESCUE,

    Plaintiff

v.

J.P. YACHTS, LLC,

    Defendant

JOINT MOTION OF PARTIES FOR CONTINUANCE OF DISCOVERY AND TRIAL DATE

    Now come both parties in the above-captioned case and respectfully request that this Honorable Court continue the trial date in this matter, currently set for March 7, 2005 until a date convenient for the court on or after June, 2005, and additionally also continue discovery until April 30, 2005. As good cause for their motion, the parties state as follows:

1.     The parties have continued in good faith to attempt to comply with the court's discovery order, and, following the court's order dated January 3, 2005, by which discovery was enlarged through to and up to close of business on January 31, 2005, the parties scheduled the depositions of Mr. and Mrs. Jerry Prescott in Tampa, Florida on Monday, January 24, 2005.

2.     Airline, hotel and ground transportation reservations were all made for the Florida depositions on January 24, 2005, but those depositions had to be cancelled because flights leaving Logan Airport on Monday, January 24, 2005 were cancelled due to the blizzard which hit the region on January 22 and 23, 2005.

3.      Counsel has conferred with Mr. and Mrs. Prescott, the witnesses in Florida who need to be deposed, and have conferred with each other, and because of conflicting schedules, the only dates presenting no conflict are dates in March and April, 2005.

4.      In addition to the foregoing, it is essential to the defense of this case that Mr. and Mrs. Prescott, who are important witnesses in the case, attend trial in person.  At present, their work schedules would not permit attendance at trial in Boston until a date in June, or thereafter.

5.      An enlargement of discovery through April 30, 2005, and a continuance of trial until June, 2005 will not serve to prejudice the rights of either party to this case.

WHEREFORE the parties respectfully request that this Honorable Court grant their motion and enlarge discovery to the close of business April 30, 2005, and continue the trial date from March 7, 2005 until the first date convenient for the Court after June 1, 2005.

| Plaintiff, | Defendant, |
|---|---|
| RALPH JOSEPH d/b/a NEW BEDFORD MARINE RESCUE, | J.P. YACHTS, LLC |
| By its attorney, | By its attorney, |
| /s/ John E. Sutherland, Esq. | /s/ William Hewig, III |
| John E. Sutherland, Esq. (BBO#488960) | William Hewig, III (BBO# 541910) |
| Brickley, Sears and Sorrett, P.A. | Kopelman and Paige, P.C. |
| 75 Federal Street | 31 St. James Avenue |
| Boston, MA 02110 | Boston, MA 02116 |
| (617) 542-0896 | (617) 556-0007 |

242265/60314/0008

CERTIFICATE OF SERVICE

    I, William Hewig III, hereby certify that on the below date, I served a copy of the foregoing Joint Motion of Parties For Continuance of Discovery and Trial Date, by first class mail, postage prepaid, to the following counsel of record:

>John E. Sutherland, Esq.
>Brickley, Sears and Sorrett, P.A.
>75 Federal Street
>Boston, MA 02110

Dated:_____  _____
                                                                    William Hewig III

242265/60314/0008