COMMONWEALTH OF MASSACHUSETTS
UNITED STATES DISTRICT COURT

C.A. NO. 04-11173 RWZ

| | |
|---|---|
| RALPH JOSEPH d/b/a NEW BEDFORD MARINE RESCUE,<br><br>    Plaintiff<br><br>v.<br><br>J.P. YACHTS, LLC,<br><br>    Defendant | DEFENDANT J.P. YACHTS, LLC'S PRE-TRIAL DISCLOSURES PURSUANT TO F.R.C.P 26(a)(3)(C) |

    Now comes the defendant J. P. Yachts, LLC and presents its pre-trial disclosures pursuant to F.R.C.P. 26(a)(3)(C) as follows:

(a)    <u>Name and Address of Each Witness</u>:

    (1)    <u>Witnesses Defendant Will Present</u>:

        (a)    Jerry Prescott
                115 18th Street
                Belleire Beach, FL
                (727) 580-8558

        (b)    Marilou Prescott
                115 18th Street
                Belleire Beach, FL
                (727) 580-8558

        (c)    Michael Bain
                1000 River Reach Drive, No. 321
                Fort Lauderdale, FL
                (954) 524-4924

    (2)    <u>Witnesses Whom the Defendant May Call If Needed</u>:

        (a)    Clinton E. Allen
                497 Slokum Road
                Dartmouth, MA

        (b)    Joseph Moniz
               54 Park Drive
               Acushnet, MA

        (c)    Ralph Joseph
               80 Allen Street
               New Bedford, MA

(b)    <u>Witnesses Expected to Be Offered By Deposition</u>:

    (1)    None

(c)    <u>Defendants Exhibits</u>:

    (1)    <u>Documentary Exhibits Defendants Expect to Offer</u>:

        (a)    Chart – Exhibit 1 to Deposition of Michael Bain;

        (b)    5 Captain Voyager Chart printouts showing Cuttyhunk Harbor, Nashawena Island and Buzzards Bay;

        (c)    U.S. Coast Guard License issued to Jerry T. Prescott;

        (d)    Resumé, Michael V. Bain;

        (e)    Reference Letter for Michael Bain dated 4/12/88;

        (f)    Reference Letter for M. Bain dated 1/4/93.

    (2)    <u>Exhibits Defendant May Offer If Needed</u>:

        (a)    Diagram, Exhibit 1 to Deposition of Joseph Moniz;

        (b)    Letter dated 9/11/03, Exhibit 1 to Deposition of Ralph Joseph;

        (c)    3 Drawings, Exhibits 1, 2 and 3 to Deposition of Clinton E. Allen;

        (d)    U.S. Coast Guard Boat Crew Seamanship Manual;

        (e)    Tide Chart, Gay Head, Martha's Vineyard, Massachusetts, 9/1/03 – 9/2/03

        (f)    2 Marine weather reports, 0416 a.m., September 3 and 0900 a.m. September 3, 2000;

        (g)    BoatUS On-the-Water Towing Service Agreement;

    (h)    TowBoat case worksheet;

    (i)    TowBoat US 2003 Annual License/Service Agreement;

    (j)    BoatUS Towing Services – "Towing vs. Salvage" from BoatUS.com;

    (k)    TowBoat US "Don't Buy More Than You Really Need" from BoatUS.com;

    (l)    Boat Owner's Association of the United States Standard Form Yacht Salvage Contract;

    (m)    New Bedford Marine Rescue information 2003 company description;

    (n)    National Climatic Data Center Local Climatological Data, Martha's Vineyard, Massachusetts, September 2003; and

    (o)    2 Annotated charts showing areas of grounding.

Defendant reserves its right to seasonably supplement both its witness and its exhibit list.

Defendant,

J.P. YACHTS, LLC

By its attorney,

/s/ William Hewig, III
William Hewig, III (BBO# 541910)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

Date: June 17, 2005

254094/60314/0004

3