UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-11173-RWZ (MBB)

| | |
|---|---|
| RALPH JOSEPH d/b/a NEW BEDFORD MARINE RESCUE,<br>Plaintiff,<br><br>v.<br><br>J.P. YACHTS, LLC,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

FILED
In Open Court
USDC, Mass.
Date 7/11/05
By
Deputy Clerk  12:40 pm

### PLAINTIFF'S PRE-TRIAL MEMORANDUM

NOW COMES the Plaintiff, New Bedford Marine Rescue, Inc., in the above-captioned matter and hereby submits this Pre-Trial Memorandum.

I.   Summary of Evidence

   A.   Plaintiff

Plaintiff contends that it properly provided salvage services to Defendant and is entitled to compensation for same. Plaintiff expects the evidence to show that on September 2, 2003, Plaintiff was called by the Defendant due to the grounding of the Defendant's vessel, "M/V Lady Mazie," adjacent to Pease Ledge on Copicut Neck, near Cuttyhunk, North Jetty, Massachusetts. The Plaintiff's first vessel called to the scene recognized the imminent peril to the M/V Lady Mazie and recommended to the crew of the Lady Mazie additional assistance. At the request of the crew of the Defendant, Plaintiff worked diligently and secured a hawser to the stern of the vessel in an effort to draw it off the rocks. Defendant then requested additional assistance and additional salvage services were rendered to the Defendant's vessel. Plaintiff's captain informed the owner of the Lady Mazie that the vessel was in other than a contract salvage or towing situation. Plaintiff is entitled to compensation for the salvage services performed for

Defendant's vessel.

II    Facts established by pleadings/stipulation/admissions

The date Plaintiff claims to have rendered services September 2, 2003, identity of the parties, and ownership of the vessel are not in contention.

III.    Contested issues of fact

The primary contested issues of fact are whether Plaintiff: 1) provided salvage services to Defendant; 2) whether Plaintiff's captain informed Defendant that it was in a salvage situation; 3) Plaintiff acted properly in providing salvage services; and 4) is entitled to the amount of damages it seeks as compensation for the salvage services.

IV    Jursidictional Issues: none

V    Pending Motions: none

VI.    Issues of Law

Plaintiff anticipates that the only significant contested issue of law in this case is the proper measure of its damages as alleged.

VII.    Requested Amendments to Pleadings: none

VIII.    Additional Matters in Aid of Disposition: none

IX.    Probable length of trial: two days

X.    Witnesses:

    A.    Likely witnesses

        Ralph Joseph
        80 Allen Street
        New Bedford, MA

        Clinton Allen
        497 Slocum Road
        Dartmouth, MA

        Joseph Moniz
        54 Park Drive
        Acushnet, MA

    B.    Possible witnesses

        Jerry Prescott
        115 18th Street
        Belleire Beach, FL

        Marilou Prescott
        115 18th Street
        Belleire Beach, FL

        Michael Bain

    C.    Expert Witness Designations
        1.    Plaintiff - none
        2.    Defendant

XI.    Exhibits

    A.    All those set out by the Defendant and the following:

    (a)    Marine License of Mr. Prescott
    (b)    Printed Charts produced by the Defendant
    (c)    Title Abstract from Coast Guard of the Lady Mazie
    (d)    Coast Guard Printed Chart
    (e)    Tide Chart
    (f)    Weather Report at 4:16 a.m. on 9/2/03
    (g)    Weather Report at 9:00 a.m. on 9/2/03
    (h)    Coast Guard Seamanship Manual M.16798.27
    (i)    Towing Service Agreement with Tow Boat US
    (j)    Tow Boat Case Worksheet
    (k)    Clint Allen, US Merchant Marine Officer License
    (l)    Joseph Moniz, III, US Merchant Marine Officer License
    (m)    Tow Boat US License Service Agreement
    (n)    Photos of the scene take by Captain Allen
    (o)    Invoice

(p)     Notice of Claim of Lien

(q)     Bond of $350,000.00 or letter of undertaking

Dated: July 11, 2005

Ralph Joseph, d/b/a
New Bedford Marine Rescue.
By his attorneys,

_____
John E. Sutherland, BBO# 488960
Angela H. Magary BBO# 644499
BRICKLEY, SEARS & SORETT, P.A.
75 Federal Street
Boston, MA 02110
(617) 542-0896

### CERTIFICATE OF SERVICE

I, John E. Sutherland, attorney for the plaintiff, do hereby certify that I served a copy of the attached **Plaintiff's Pre-Trial Memorandum** on the defendant, by delivering a copy in hand to William Hewig, III, Esq., Kopelman & Paige, PC, 31 St. James Avenue, Boston, MA 02116.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY OF THE THIS 11th DAY OF JULY 2005.

_____
John E. Sutherland