Case 1:04-cv-11173-MBB   Document 15   Filed 07/19/2005   Page 1 of 2
AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF   MASSACHUSETTS

RALPH JOSEPH
V.
J.P. YACHTS, LLC

EXHIBIT AND WITNESS LIST

Case Number:  04-11173-MBB

| PRESIDING JUDGE BOWLER | PLAINTIFF'S ATTORNEY JOHN SUTHERLAND | DEFENDANT'S ATTORNEY WILLIAM HEWIG |
|---|---|---|
| TRIAL DATE (S) 7/18/2005, 7/19/2005 | COURT REPORTER M. KUSA-RYLL, C. SCOTT | COURTROOM DEPUTY SACCOCCIO |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 7/18/05 | | | JERRY PRESCOTT called by the pltf. |
| 14 | | 7/18/05 | X | X | FLOOR PLAN & DECK LAYOUT |
| 3 | | 7/18/05 | X | X | TITLE ABSTRACT FROM COAST GUARD OF THE LADY MAZIE |
| 1 | | 7/18/05 | X | X | MARINE LICENSE OF JERRY PRESCOTT |
| 4 | | 7/18/05 | X | X | NOAA CHART OF CUTTYHUNK HARBOR |
| 22 | | 7/18/05 | X | X | PRINTED CHART FROM PRESCOTT'S COMPUTER |
| 2C | | 7/18/05 | X | X | PRINTED CHART FROM PRESCOTT'S COMPUTER |
| 2B | | 7/18/05 | X | X | PRINTED CHART FROM PRESCOTT'S COMPUTER |
| 5 | | 7/18/05 | X | X | TIDE CHART |
| 18 | | 7/18/05 | X | X | PHOTOGRAPH TAKEN BY CLINTON ALLEN |
| 19 | | 7/18/05 | X | X | PHOTOGRAPH TAKEN BY CLINTON ALLEN |
| 21 | | 7/18/05 | X | X | CHART FROM PRESCOTT'S DEPOSITION |
| 2A | | 7/18/05 | X | X | PRINTED CHART FROM PRESCOTT'S COMPUTER |
| | A | 7/18/05 | X | X | WEATHER DATA FOR THE DATES OF 9/1/2003 & 9/2/2003 DTD. 9/8/2003 |
| | B | 7/18/05 | X | X | COPY OF CHART OF CUTTYHUNK HARBOR |
| | C | 7/18/05 | X | X | CHART FROM ON BOARD COMPUTER |
| 23 | | 7/18/05 | X | X | REPORT FROM THE VINEYARD HAVEN WEATHER STATION FOR 9/2/2003 |
| | | 7/18/05 | | | MARILOU PRESCOTT called by the deft. |
| | | 7/18/05 | | | CLINTON E. ALLEN called by the pltf. |
| 11 | | 7/18/05 | X | X | COPY OF U.S. MERCHANT MARINE OFFICER LICENSE |
| 24 | | 7/18/05 | X | X | PHOTO OF GENERAL AREA AT CUTTYHUNK |
| 25 | | 7/18/05 | X | X | BLOW UP OF PHOTO OF GENERAL AREA AT CUTTYHUNK |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| RALPH JOSEPH vs. J.P.YACHTS, LLC | | | | | CASE NO. 04-11173-MBB |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 6 |  | 7/18/05 | X | X | REPORT FOR MARINE WEATHER ISSUED AT 4:16 AM ON 9/2/2003 |
| 7 |  | 7/18/05 | X | X | REPORT FOR MARINE WEATHER ISSUED AT 9:00 AM ON 9/2/2003 |
|  |  | 7/19/05 |  |  | JOSEPH MONIZ called by the pltf. |
| 12 |  | 7/19/05 | X | X | COPY OF COAST GUARD LICENSE FOR JOSEPH MONIZ |
|  |  | 7/19/05 |  |  | RALPH JOSEPH called by the pltf. |
| 9 |  | 7/19/05 | X | X | BOAT US ON THE WATER TOWING SERVICE AGREEMENT |
| 10 |  | 7/19/05 | X | X | TOW BOAT CASE WORKSHEET |
| 15 |  | 7/19/05 | X | X | INVOICE FROM NEW BEDFORD MARINE RESCUE |
| 17 |  | 7/19/05 | X | X | BOND FROM ATLANTIC MUTUAL DTD. 10/27/2003 |
|  | D | 7/19/05 | X | X | COPY OF LETTER DTD. 9/11/2003 |
|  |  | 7/19/05 |  |  | MICHAEL BAIN for the deft. |
|  | E | 7/19/05 | X | X | EXHIBIT OF NAUTICAL CHART FROM DEPOSITION OF MICHAEL BAIN |