COMMONWEALTH OF MASSACHUSETTS
UNITED STATES DISTRICT COURT

C.A. NO. 04-11173 RWZ

| | |
|---|---|
| RALPH JOSEPH d/b/a NEW BEDFORD MARINE RESCUE,<br><br>　　　　Plaintiff<br><br>v.<br><br>J.P. YACHTS, LLC,<br><br>　　　　Defendant | DEFENDANT J.P. YACHTS, LLC'S ASSENTED-TO MOTION TO LATE FILE POST-TRIAL BRIEF AND REQUESTS FOR FINDINGS OF FACT AND RULINGS OF LAW |

　　　　Now comes the defendant J.P. Yachts, LLC and respectfully moves this honorable court for leave to late file its Post-Trial Brief and Requests for Findings of Fact and Rulings of Law. Defendant states that due to several extensive prior commitments the week of September 19, 2005 the brief was not completed until after the close of business Friday, September 23, 2005. The defendant has not received or reviewed the briefs of plaintiff prior to filing today. Defendant also states that counsel has spoken with the attorney representing the plaintiff, and that he does not oppose the late filing of these briefs.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Plaintiff,　　　　　　　　　　　　　　　　　　　Defendant,

RALPH JOSEPH d/b/a NEW BEDFORD　　　　J.P. YACHTS, LLC
MARINE RESCUE,

By its attorney,　　　　　　　　　　　　　　　　By its attorney,

/s/ John E. Sutherland, Esq.　　　　　　　　　　/s/ William Hewig, III
John E. Sutherland, Esq. (BBO#488960)　　　William Hewig, III (BBO# 541910)
Brickley, Sears and Sorrett, P.A.　　　　　　　Kopelman and Paige, P.C.
75 Federal Street　　　　　　　　　　　　　　31 St. James Avenue
Boston, MA 02110　　　　　　　　　　　　　Boston, MA 02116
(617) 542-0896　　　　　　　　　　　　　　(617) 556-0007
262113/60314/0008