UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-11173-~~RWZ~~ MBB

| | |
|---|---|
| RALPH JOSEPH d/b/a NEW BEDFORD MARINE RESCUE,<br>    Plaintiff,<br><br>v.<br><br>J.P. YACHTS, LLC,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S PROPOSED FINDINGS OF FACT AND RULINGS OF LAW

1. Plaintiff is Ralph Joseph who does business in the fashion of New Bedford Marine Rescue

2. Defendant is J.P. Yachts, LLC.

3. J.P. Yachts, LLC is the owner of the 85 foot motor yacht, Lady Mazie. [Day 1, p. 23, ln. 6].

4. On September 1, 2003 the Lady Mazie motored to Cuttyhunk outer harbor and stayed for the night. [Day 1, p. 28, ln 19]

5. It was raining lightly in the evening, and the Lady Mazie had down one anchor for the night. [Day 1, p. 35, ln 3]

6. In the evening the wind was south, southeast. [Day 1, p. 35, ln. 5]

7. During the night, the wind changed direction and blew from the north and then swung to the northeast. [Day 1, p. 37, ln. 20]

8. Early in the morning, the crew of the Lady Mazie found the vessel aground and parallel to the shore at Cuttyhunk. [Day 1, p. 36, ln. 4]

9. The ship was exposed to the wind and seas with the north exposure. [Day 1, p. 37, ln. 10]

10. During the night, the wind had swung around to the north and the anchor dragged. [Day 1, p. 40, ln. 15]

11. No one had the job as anchor watch in the night that night. [Day 1, p. 76, ln. 10]

12. The depth sounding alarm had not been set in the night. [Day 1, p. 78, ln. 9]

13. Jerry Prescott and his wife were the owners of J.P Yachts, LLC.

14. It was to be low tide at around 6-7 a.m. on Sepember 2, 2003. [Day 1, p. in. 11]

15. The tide range was about three feet. [Day 1, p. 51, ln. 18]

16. The vessel's propulsion was twin diesel engines, 1400 horse power each. [Day 1, p. 53, ln. 6]

17. The vessel had a bow thruster. [Day 1, p. 53, ln. 9]

18. Mr. Prescott was a subscriber to Boat US and as such was entitled to a tow or other certain, limited services to mariners as a member. [Day 1, p. 40, ln. 18]

19. Mr. Prescott called New Bedford Marine Rescue and spoke with Captain Ralph Joseph at around 5:00 a.m on September 2, 2003. [Day 1, p. 114, ln. 6]

20. He informed Ralph Joseph that he had slipped his anchor and needed to be towed out into deeper water. [Day 2, p. 65, ln. 6]

21. Jerry Prescott stated that he had sustained winds of 28 knots. [Day 2, p.66 , ln.08]

22. Captain Joseph asked if his anchor was holding, to which it was answered. [Day 2, p. 65, ln. 9]

23. At 6:23, the weather report shows wind gusts of 29 mph in the area. [Day 1, p. 117, ln. 19]

24. Jerry Prescott entered into a time per hour contract for one boat for towing services at the rate indicated in the Boat US contract for members with New Bedford Marine.

25. Jerry Prescott failed to mention that he was hard aground and was in a salvage situation. [Day 2, p. 65, ln. 20]

26. Jerry Prescott failed to divulge an essential fact to Ralph Joseph. [Day 2, p. 65, ln. 20]

27. Ralph Joseph sent a captain and a custom built towing boat over to Cuttyhunk to effect the cleaning off of the anchor and the tow into deeper water. [Day 1, p. 149, ln. 21-22; Day 2, p. 55, ln. 23 - p. 56, ln. 21; p. 73, ln. 14-18]

28. The first New Bedford Marine vessel arrived on scene at about 7 a.m. [Day 1, p. 55, ln. 19]

29. Upon arrival, Captain Clifton Allen observed that the Lady Mazie was hard aground on the rocky beach. [Day 1, p. 132, ln. 21; p. 136, ln. 19-25]

30. The Lady Mazie was broadside to the wind and waves, listing and was out of draft with over a foot of its bottom paint showing. [Day 1, p. 132, ln. 21- p.133, ln. 14; p. 140, ln. 7-12]

31. The Lady Mazie was not in a towing situation. [Day 1, p. 135, ln. 6-7]

32. The Lady Mazie was a ship subject to the perils of the sea. [Day 1, p. 139, ln. 22; p. 141, ln. 8-9, 23-24]

33. The conditions were dangerous for the Lady Mazie and the rescuer. *See id.*

34. By telephone, Captain Allen informed Captain Joseph that he had come upon a scene quite different than the one he had been sent to deal with. [Day 1, p. 139, ln. 19-22]

35. Captain Allen informed Captain Joseph that the ship was hard aground with the wind and waves driving the ship further ashore and that he needed a second rescue vessel. [Day 1, p. 139, ln. 19-25]

36. Captain Allen gave a tow line or howser to the person (Mr. Bain) who came off the Lady Mazie to retrieve the line and informed him that this was not the situation he had been sent to deal with. [Day 1, p. 57, ln. 19]

37. At the scene, Captain Allen informed Mr. Bain that the Lady Mazie was in a salvage situation. [Day 1, p. 135, ln. 6-7]

38. Mr. Prescott had decided on his own that a second rescue boat was necessary. [Day 1, p. 58, ln. 7]

39. Mr. Prescott called Captain Joseph and requested a second rescue boat. [Day 1, p. 58, ln. 24]

40. In this second conversation, Captain Joseph informed Mr. Prescott that the Lady Mazie was in a salvage situation.

41. Captain Allen attempted to keep the Lady Mazie from going further up the beach. [Day 1, p. 140, ln. 1-2]

42. Given the wind and the seas, Captain Allen was unable to always maintain a constant pressure on the line he had put off that was attached to the starboard stern cleat on the Lady Mazie.

43. A second New Bedford Marine Rescue vessel with Captain Moniz aboard was dispatched to the scene at the request of Jerry Prescott. [Day 1, p. 58, ln. 6-7; Day 2, p. 9, ln. 6-10]

44. The second rescue ship arrived at about 9:00 a.m. [Day 1, p. 64, ln. 9]

45. After reaching Cuttyhunk with the second vessel attached to the starboard stern cleat of the Lady Mazie, a constant pressure was able to be maintained. [Day 1, p. 65, ln. 14]

46. After maintaining this position for some time, the Lady Mazie was refloated and was towed stern first into deep and safe waters at around 10:20 a.m. [Day 1, p. 65, ln. 23]

47. Captain Allen released his tow line but directed Captain Moniz to maintain his line. [Day 2, p. 21, ln. 25]

48. One line remained attached to the Lady Mazie in order to assure that it did not run into the breakwater, Pease Ledge or go back on the shore.

49. Captain Allen sought to test the Lady Mazie's engines, running gear, propellers, shafts, or whether there were leaks from holing in the hull. [Day 1, p. 148, ln. 19-25]

50. Mr. Bain went below to check to see if the Lady Mazie was taking on any water.

51. Captain Allen directed the Lady Mazie to prepare to test its engines.

52. The Lady Mazie was to put the ship into forward, slip it back into neutral, slip it into reverse and then slip it back into neutral. [Day 1, p. 148, ln. 19-21]

53. In order to make certain that the test was safely performed, Captain Moniz was directed to directly confirm the process with the Lady Mazie. [Day 1, p. 150, ln. 15-17]

54. The Lady Mazie acknowledged to Captain Moniz that the engines would be slipped into forward and back into neutral. [Day 1, p. 151, ln.1]

55. Since Captain Moniz's vessel was still attached to the larger vessel, it was important that the procedure be carefully followed. [Day 1, p. 150, ln. 7-9]

56. The Lady Mazie was put into forward and its engines ran in forward for one minute. [Day 1, p. 73, ln. 20]

57. The stern of the rescue vessel was drawn under the water and Captain Moniz was thrown into the water. [Day 1, p. 157, ln. 6-10]

58. He was rescued from the water by Captain Allen, who testified that he employed "super human strength" in removing Captain Moniz from the water. [Day 1, p. 157, ln. 16]

59. The Lady Mazie left the scene without making any payment for the services rendered. [Day 1, p. 115, ln. 12]

60. No tip was given to the man who went into the water. [Day 1, p. 115, ln. 10]

61. The Lady Mazie headed off to Newport in order to make lunch there. [Day 2, p. 161, ln. 15]

62. The New Bedford Marine vessel was towed back to New Bedford where it was finally righted and by 9:00 p.m. was taken out of the water.

63. A third New Bedford Marine vessel with Captain Almeida at the helm, was dispatched to bring a "mustang suit" to captain Moniz to try and keep him warm.

64. Captain Almeida was unable to take Captain Moniz off the first New Bedford Marine vessel in order to get him ashore and get him warm and dry due to the sea conditions.

65. Due to the effect of the period in the water and elements, Captain Moniz was unable to assist in the rescue of his capsized vessel.

66. There was no damage to the Lady Mazie as a result of the grounding and the efforts of the crews from New Bedford Marine Rescue. [Day 1, p. 80, ln. 3-4]

67. The Lady Mazie had a value on September 1, 2003 of at least $2,960,000.00. [Day 1, p. 22, ln. 19-22]

68. Michael Bain acted as Captain of the Lady Mazie. [Day 1, p. 28, l. 1-3]

69. A principal is bound by the representations made by its agent to third parties even when that agent lacks express or ostensible authority to make such representations. *Cellucci v. Sun Oil Co.*, 2 Mass. App. Ct. 722, 320 N.E.2d 919, 925(1974), *aff'd* 368 Mass. 811, 331 N.E.2d 813 (1975).

70. Jerry Prescott, in his initial contact with Plaintiff, intentionally misstated the condition of the Lady Mazie in order to induce Ralph Joseph to agree to charge towing rates when salvage was called for.

71. It is the function of the Court to determine whether terms of an agreement are essential or not. *See Simon v. Simon*, 35 Mass. App. Ct. 705, 625 N.E.2d 564, 567 (1994).

72. That the Lady Mazie was hard aground was a material, essential fact that was withheld by Jerry Prescott.

73. There was no valid agreement for contract towing or salvage between Ralph Joseph and Jerry Prescott.

74. Ralph Joseph performed salvage services for Jerry Prescott, agent for Defendant.

75. Ralph Joseph is entitled to an award of pure salvage from the Defendant.

76. The rescue effected by New Bedford Marine Rescue was with the consent of the owners of J.P. Yachts, LLC.

77. Captain Allen has been a fire fighter for 16 years. [Day 1, p. 126, ln. 17]

78. Captain Allen has had extensive Coast Guard training and is a member of the Coast Guard Auxillary. [Day 1, p. 126, ln. 25]

79. Captain Allen was a fisherman for six years and has a Captain's License. [Day 1, p. 127, ln. 5-11]

80. Captain Moniz was in the Navy for 4 years, a fisherman for 5 years, a New Bedford Police Officer for 30 years, and is a boat captain now. [Day 2, p. 5, ln. 14]

81. Captain Moniz is licensed by the Coast Guard as a Master. [Day 2, p. 6, ln. 7]

82. Captain Moniz has run ferry boats from New Bedford to Cuttyhunk for up to fifty passengers and their cars. [Day 2, p. 6, ln. 10]

83. Captain Joseph was a corrections officer for 20 years. [Day 2, p. 49, ln. 15]

84. For six or seven years he has effected approximately 300 rescues per year. [Day 2, p. 59, ln. 1]

85. Of those, 9 to 12 were salvage operations. [Day 2, p. 60, ln. 16]

Ralph Joseph, Plaintiff
By his attorneys,

Dated: September 23, 2005

John E. Sutherland BBO#488960
Angela Hayden Magary BBO# 644499
BRICKLEY, SEARS & SORETT
75 Federal Street
Boston, MA 02110
(617) 542-0896

## CERTIFICATE OF SERVICE

I, John E. Sutherland, attorney for the plaintiff, do hereby certify that I served a copy of the within document on the defendant, by delivering a copy via first-class mail, postage pre-paid to William Hewig, III, Esq., Kopelman & Paige, PC, 31 St. James Avenue, Boston, MA 02116.

**SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY OF THE THIS 23rd DAY OF** ~~JULY~~ September 2005.

_____
John E. Sutherland

F:\APPL\CLIENTS\New Bedford\Lady Maze\findings-2.wpd