UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RALPH JOSEPH d/b/a NEW
BEDFORD MARINE RESCUE,
    Plaintiff,

v.                                    CIVIL ACTION NO.
                                        04-11173-MBB

J.P. YACHTS, LLC,
    Defendant.

**FINAL JUDGMENT**

**June 9, 2006**

**BOWLER, U.S.M.J.**

    The issues having been duly tried and a decision having been duly rendered,

    It is **ORDERED** and **ADJUDGED** that plaintiff Ralph Joseph d/b/a New Bedford Marine Rescue recover of defendant J.P. Yachts, LLC the sum of $80,000 together with prejudgment interest in the amount of $26,564 and costs.

                                        /s/ Marianne B. Bowler
                                        **MARIANNE B. BOWLER**
                                        United States Magistrate Judge