UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-11173-RWZ

| | |
|---|---|
| RALPH JOSEPH d/b/a NEW BEDFORD MARINE RESCUE,     Plaintiff, | ) ) ) ) |
| v. | ) ) |
| J.P. YACHTS, LLC,     Defendant. | ) ) ) ) |

**PLAINTIFF'S ATTORNEY'S AFFIDAVIT OF COSTS**

My name is John E. Sutherland and I depose and state as follows:

1. I am the attorney for the Plaintiff in the above captioned action.

2. The "Other Costs" expended in this action total $2,426.50 include the following:

   | | | |
   |---|---|---|
   | a. | Filing fee | $ 150.00 |
   | b. | Deposition of Ralph Joseph | $ 357.50 |
   | c. | Deposition of Michael Bain | $ 395.75 |
   | d. | Depositions of Cptns Allen & Moniz | $ 500.00 |
   | e. | Depositions of the Prescotts | $ 298.75 |
   | f. | Transcript of Day 2 | $ 353.97 |
   | g. | Transcript of Day 1 | $ 370.53 |
   | | TOTAL: | $2,426.50 |

**Signed under the pains and penalties of perjury this 12th day of June 2006.**

/s/
John E. Sutherland

F:\APPL\CLIENTS\New Bedford\Lady Maze\aff-costs.wpd

**CERTIFICATE OF SERVICE**

I, John E. Sutherland, attorney for the plaintiff, do hereby certify that I served a copy of the within document on the defendant, by delivering a copy via first-class mail, postage pre-paid to William Hewig, III, Esq., Kopelman & Paige, PC, 101 Arch Street, Boston, MA 02110.

**SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY OF THE THIS 12th DAY OF JUNE 2006.**

/s/
John E. Sutherland

1