COMMONWEALTH OF MASSACHUSETTS
UNITED STATES DISTRICT COURT

C.A. NO. 04-11173 RWZ

| | |
|---|---|
| RALPH JOSEPH d/b/a NEW BEDFORD MARINE RESCUE,<br><br>    Plaintiff<br><br>v.<br><br>J.P. YACHTS, LLC,<br><br>    Defendant | DEFENDANT J.P. YACHTS, LLC'S NOTICE OF APPEAL |

    Notice is given that J.P. Yachts, LLC, defendant in the above-captioned case, hereby appeals to the United States Court of Appeals for the First Circuit from a final judgment entitled "Memorandum and Order" issued in this action by Marianne Bowler, U.S.M.J., and entered on June 9, 2006.

Defendant,

J.P. YACHTS, LLC

By its attorney,

/s/ William Hewig, III
William Hewig, III (BBO# 541910)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

Date:  July 7, 2006

286879/60314/0008