### *UNITED STATES DISTRICT COURT*
### *DISTRICT OF MASSACHUSETTS*

USDC Docket Number : 04-cv-11173

Ralph Joseph, et al

v.

J.P. Yachts, LLC,

### **CLERK'S CERTIFICATE**

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-28 & exhibits B, D,  1, 2a, 2c, 3, 5-7, 10-25

and contained in Volume(s) I & II are the original or electronically filed  pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on  7/7/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on July 12, 2006.

Sarah A Thornton, Clerk of Court

By _____

Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date:  7/13/06 .

_____

Deputy Clerk, US Court  of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06