APPEAL, CASREF

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:04-cv-11173-MBB

Joseph v. J.P. Yachts, LLC
Assigned to: Magistrate Judge Marianne B. Bowler
Cause: 28:1333 Admiralty

Date Filed: 06/02/2004
Jury Demand: None
Nature of Suit: 120 Contract: Marine
Jurisdiction: Federal Question

**Plaintiff**

**Ralph Joseph**
*doing business as*
New Bedford Marine Rescue, Inc.

represented by **Angela H. Magary**
Brickley, Sears & Sorett, P.A.
75 Federal Street.
Boston, MA 02110
617-542-0896
Fax: 617-426-2102
Email: ahmagary@brickleysears.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John E. Sutherland**
Brickley, Sears & Sorett PA
75 Federal Street
Boston, MA 02110
617-542-0896
Fax: 617-426-2102
Email: jes@brickleysears.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**J.P. Yachts, LLC**

represented by **William Hewig, III**
Kopelman & Paige, PC
101 Arch Street
12th floor
Boston, MA 02110-1109
617-556-0007
Fax: 617-654-1735
Email: whewig@k-plaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/02/2004 | 1 | COMPLAINT Filing fee: $ 150, receipt number 56311, filed by Ralph Joseph.(Johnson, Jay) (Entered: 06/04/2004) |
| 06/02/2004 |  | Summons Issued as to J.P. Yachts, LLC. (Johnson, Jay) (Entered: 06/04/2004) |
| 06/02/2004 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Bowler. (Johnson, Jay) (Entered: 06/04/2004) |
| 06/28/2004 | 2 | ANSWER to Complaint by J.P. Yachts, LLC.(Johnson, Jay) (Entered: 06/28/2004) |
| 07/01/2004 | 3 | NOTICE of Scheduling Conference Scheduling Conference set for 8/11/2004 03:00 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 07/01/2004) |
| 08/11/2004 |  | electronic Clerk's Notes for proceedings held before Judge Rya W. Zobel : Scheduling Conference held on 8/11/2004. Discovery due by 12/31/2004. Case will be referred to Mag. Judge Bowler for all pretrial matters and trial date. (Urso, Lisa) (Entered: 08/12/2004) |
| 08/13/2004 | 4 | Judge Rya W. Zobel : ORDER entered SCHEDULING ORDER: Discovery due by 12/31/2004.(Urso, Lisa) (Entered: 08/16/2004) |
| 08/16/2004 | 5 | Judge Rya W. Zobel : ORDER entered REFERRING CASE to Magistrate Judge Marianne B. Bowler Referred for: pretrial/trial(Urso, Lisa) (Entered: 08/16/2004) |
| 08/17/2004 | 6 | CERTIFICATION pursuant to Local Rule 16.1 by Ralph Joseph.(Johnson, Jay) (Entered: 08/18/2004) |
| 09/10/2004 | 7 | NOTICE of Hearing: Status Conference set for 9/24/2004 10:30 AM in Courtroom 25 before Magistrate Judge Marianne B. Bowler. (Saccoccio, Dianalynn) (Entered: 09/10/2004) |
| 09/24/2004 |  | Electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler : Status conference held on 9/24/2004; John Sutherland for the plaintiff and William Hewig for the defendant; Court addresses discovery schedule set by D.J. Zobel; Discovery deadline set for December 31, 2004; Dispostive motions are to be filed by January 31, 2005 with a response due by February 14, 2005; Status conference set for February 3, 2004 at 10:00 AM. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 09/24/2004) |
| 09/24/2004 | 8 | CONSENT to Jurisdiction by US Magistrate Judge by J.P. Yachts, LLC, Ralph Joseph.. (Johnson, Jay) (Entered: 09/24/2004) |
| 12/29/2004 | 9 | Joint MOTION for Extension of Time to January 31, 2005 to Complete Discovery *by 30 Days* by J.P. Yachts, LLC.(Hewig, William) (Entered: 12/29/2004) |

| 01/03/2005 | | Judge Marianne B. Bowler: Electronic ORDER entered granting 9 Motion for Extension of Time to Complete Discovery. (Bowler, Marianne) (Entered: 01/03/2005) |
|---|---|---|
| 02/02/2005 | 10 | Joint MOTION to Continue Discovery and Trial to after June 1, 2005 by Ralph Joseph, J.P. Yachts, LLC.(Hewig, William) (Entered: 02/02/2005) |
| 02/03/2005 | | Judge Marianne B. Bowler: Electronic ORDER entered granting 10 Motion to Continue. Trail is set for July 18, 2005, at 10:00 a.m. (Bowler, Marianne) (Entered: 02/03/2005) |
| 02/03/2005 | | Eletronic clerk's notes for proceedings held before Magistrate Judge Marianne B. Bowler: Status conference held on 2/3/2005; John Sutherland for the pltf. via telephone conferencing and William Hewig for the deft.; The court addresses the Joint Motion to Continue Discovery and Trial to after June 1, 2005 (docket entry # 10); The court will allow the motion forthwith; The court sets a final pretrial conference for 7/11/2005 at 12:30 PM and sets a trial date of 7/18/2005 at 10:00 AM which will be a non-jury trial; A pretrial order will be issued to the parties forthwith. (Tape #Digital.) (Saccoccio, Dianalynn) Modified on 2/3/2005 (Saccoccio, Dianalynn). (Entered: 02/03/2005) |
| 02/03/2005 | 11 | Judge Marianne B. Bowler : Electronic ORDER entered. Final Pretrial Conference to be held on July 11, 2005 @ 12:30 P.M., trial scheduled for July 18, 2005 @ 10:00 A.M.(Feeney, Eileen) (Entered: 02/03/2005) |
| 06/17/2005 | 12 | Exhibit/Witness List *Pursuant to F.R.C.P. 26(a)(3)(C)* by J.P. Yachts, LLC.. (Hewig, William) (Entered: 06/17/2005) |
| 07/11/2005 | | Electronic clerk's notes for proceedings held before Magistrate Judge Marianne B. Bowler: Final pretrial conference held on 7/11/2005; John Sutherland for the pltf. and William Hewig for the deft.; Counsel for the pltf. files trial memorandum in open court; The non jury trial is set for 7/18/2005 at 10:00 AM. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 07/11/2005) |
| 07/11/2005 | 14 | MEMORANDUM OF LAW by Ralph Joseph. (Nici, Richard) (Entered: 07/15/2005) |
| 07/14/2005 | 13 | PRETRIAL MEMORANDUM by J.P. Yachts, LLC. (Hewig, William) (Entered: 07/14/2005) |
| 07/18/2005 | | Electronic clerk's notes for proceedings held before Magistrate Judge Marianne B. Bowler: Bench trial day one held on 7/18/2005; John Sutherland for the pltf. and William Hewig for the deft.; Parties present opening arguments and pltf.'s counsel calls Jerry Prescott and Clinton Allen to testify; Witnesses are cross examined by deft.'s counsel; Deft.'s counsel calls Marilou Prescott to testify and the witness is cross examined by pltf.'s counsel; Pltf.'s counsel offers 18 exhibits and deft.'s counsel offers three exhibits; Day two of the bench trial is set for 7/19/2005 at 9:30 AM. (Court Reporter Marianne Kusa-Ryll.) (Saccoccio, Dianalynn |

| | | |
|---|---|---|
| | | (Entered: 07/19/2005) |
| 07/19/2005 | | Electronic clerk's notes for proceedings held before Magistrate Judge Marianne B. Bowler: Bench trial day two held on 7/19/2005; Pltf.'s counsel calls Joseph Moniz and Ralph Joseph to testify and deft.'s counsel cross examines the witnesses; Deft.'s counsel calls Michael Bain to testify and pltf.'s counsel cross examines the witness; Pltf.'s counsel offers five exhibits and deft.'s counsel offers two exhibits; The parties rest and give their closing arguments; The court sets the briefing schedule; The parties are to submit their briefs by 9/23/2005. (Court Reporter Carol Scott.) (Saccoccio, Dianalynn) (Entered: 07/20/2005) |
| 07/19/2005 | 15 | Exhibit/Witness List by Ralph Joseph and J.P. Yachts, LLC. (Saccoccio, Dianalynn) (Entered: 07/20/2005) |
| 08/29/2005 | 16 | TRANSCRIPT of Proceedings held on July 18, 2005 before Judge Marianne B. Bowler. Court Reporter: Marianne Kusa-Ryll. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter or the Clerk's Office. (Hassett, Kathy) (Entered: 08/29/2005) |
| 09/07/2005 | 17 | TRANSCRIPT of Non-Jury Day Two held on July 19, 2005 before Judge Bowler. Court Reporter: Carol Lynn Scott. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617-330-1377 or the Clerk's Office. (Scalfani, Deborah) (Entered: 09/07/2005) |
| 09/23/2005 | 21 | Plaintiff's Proposed Findings of Fact and Rulings of Law(Saccoccio, Dianalynn) (Entered: 09/26/2005) |
| 09/23/2005 | 22 | Plaintiff's Memorandum of Law in Support of Its Request for a Salvage Award (Saccoccio, Dianalynn) (Entered: 09/26/2005) |
| 09/26/2005 | 18 | TRIAL BRIEF *Post-Trial Brief* by J.P. Yachts, LLC. (Attachments: # 1 Exhibit Treatises Referred to in Brief)(Hewig, William) (Entered: 09/26/2005) |
| 09/26/2005 | 19 | Proposed Findings of Fact by J.P. Yachts, LLC. (Hewig, William) (Entered: 09/26/2005) |
| 09/26/2005 | 20 | Assented to MOTION for Leave to File *Post-Trial Brief and Requested Findings of Fact and Rulings of Law* by J.P. Yachts, LLC.(Hewig, William) (Entered: 09/26/2005) |
| 09/27/2005 | | Judge Marianne B. Bowler: Electronic ORDER entered granting 20 Motion for Leave to File. (Bowler, Marianne) (Entered: 09/27/2005) |
| 06/09/2006 | 23 | Judge Marianne B. Bowler: ORDER entered. MEMORANDUM AND ORDER. New Bedford Marine is entitled to a salvage award of $80,000 together with prejudgment interest in the amount of $26,564 costs.(Feeney, Eileen) (Entered: 06/09/2006) |

| 06/09/2006 | 24 | Judge Marianne B. Bowler: ORDER entered. FINAL JUDGMENT allowing plaintiff the sum of $80,000 together with prejudgment interest of $26,564 and costs. (Feeney, Eileen) (Entered: 06/09/2006) |
| --- | --- | --- |
| 06/12/2006 | 25 | AFFIDAVIT in Support of BILL OF COSTS by Ralph Joseph. (Sutherland, John) Modified on 6/26/2006 to correct docket text. (Duffy, Marc) (Entered: 06/12/2006) |
| 06/27/2006 | 26 | BILL OF COSTS by Ralph Joseph. (Duffy, Marc) (Entered: 06/27/2006) |
| 07/06/2006 | 27 | First Execution issued. (Duffy, Marc) (Entered: 07/06/2006) |
| 07/07/2006 | 28 | NOTICE OF APPEAL by J.P. Yachts, LLC. $ 455 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 7/27/2006. (Hewig, William) (Entered: 07/07/2006) |
| 07/12/2006 |  | Filing fee: $ 455, receipt number 73632 for 28 Notice of Appeal, (Johnson, Jay) (Entered: 07/12/2006) |