COMMONWEALTH OF MASSACHUSETTS
UNITED STATES DISTRICT COURT

C.A. NO. 04-11173 RWZ

| | |
|---|---|
| RALPH JOSEPH d/b/a NEW BEDFORD MARINE RESCUE,<br><br>    Plaintiff<br><br>v.<br><br>J.P. YACHTS, LLC,<br><br>    Defendant | DEFENDANT J.P. YACHTS, LLC'S FRAP 10(b)(1)(B) CERTIFICATION |

    Now comes the defendant J.P. Yachts, LLC and certifies, pursuant to F.R.A.P. 10(b)(1)(B) that no transcripts will be ordered.

    Defendant,

    J.P. YACHTS, LLC

    By its attorney,

    /s/ William Hewig, III
    William Hewig, III (BBO# 541910)
    Kopelman and Paige, P.C.
    31 St. James Avenue
    Boston, MA 02116
    (617) 556-0007

Date:   July 17, 2006

287733/60314/0008