COMMONWEALTH OF MASSACHUSETTS
UNITED STATES DISTRICT COURT

C.A. NO. 04-11173 RWZ

| | |
|---|---|
| RALPH JOSEPH d/b/a NEW BEDFORD MARINE RESCUE,<br><br>    Appellee<br><br>v.<br><br>J.P. YACHTS, LLC,<br><br>    Appellant | APPELLANT'S ASSENTED-TO VOLUNTARY DISMISSAL OF APPEAL PURSUANT TO F.R.A.P. 42(b) |

    Now comes J.P. Yachts, LLC, appellant in the above-captioned matter, and voluntarily dismisses its appeal pursuant to F.R.A.P. 42(b). In support of its dismissal, the appellant states that both parties will absorb their own costs, and that appellant has paid all fees due.

    The appellee, Ralph Joseph d/b/a New Bedford Marine Rescue, assents to this motion.

                                                                     Respectfully submitted,

| Appellee, | Appellant, |
|---|---|
| RALPH JOSEPH d/b/a NEW BEDFORD MARINE RESCUE | J.P. YACHTS, LLC |
| By his attorney, | By its attorney, |
| | /s/ William Hewig, III<br>William Hewig, III (BBO# 541910) |
| /s/ John E. Sutherland, Esq.<br>John E. Sutherland, Esq. (BBO#488960)<br>Brickley, Sears and Sorrett, P.A.<br>75 Federal Street<br>Boston, MA 02110<br>(617) 542-0896 | Kopelman and Paige, P.C.<br>31 St. James Avenue<br>Boston, MA 02116<br>(617) 556-0007 |

Date: __July 31, 2006__

288916/60314/0008