# MANDATE

# United States Court of Appeals
## For the First Circuit

*handwritten: USDC MA / Judge Bowler / 04-11173*

No. 06-2066

RALPH JOSEPH, d/b/a New Bedford Marine Rescue,

Plaintiff - Appellee,

v.

J.P. YACHTS, LLC,

Defendant - Appellant.

---

### JUDGMENT

Entered: August 25, 2006
Pursuant to 1st Cir. R. 27(d)

Upon consideration of appellant's assented-to motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:
Richard Cushing Donovan, Clerk

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

Richard Cushing Donovan, Clerk

*[signature]*
Deputy Clerk
Date: 8/25/06

**LYNNE ALIX MORRISON**
By: _____
Lynne Alix Morrison, Appeals Attorney

[cc: Angela Magary, Esq., John Sutherland, Esq., William Hewig III., Esq.]